# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2013

## NO.  03-11-00145-CR

**Kris Michael Lewis Turnbull, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's judgment adjudicating guilt, but that such error does not require that the judgment adjudicating guilt be reversed:  **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgment adjudicating guilt is modified to delete the trial court's finding that Turnbull violated the conditions of community supervision as alleged in paragraph K of the motion to adjudicate.  As so modified, the trial court's judgment adjudicating guilt is affirmed.  It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.